IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRAVELER INNOVATIONS LTD., and DOONA HOLDINGS LTD, <br><br> Plaintiffs, <br><br> v. <br><br> EVENFLO COMPANY, INC, <br><br> Defendant. | ) ) ) ) ) ) C.A. No. 24-1204 (RGA) ) ) ) ) ) |

### DEFENDANT EVENFLO COMPANY INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Evenflo Co., Inc. states that Goodbaby International Holdings Limited, a publicly traded company on the Hong Kong stock exchange, indirectly owns 10% or more of Evenflo Co., Inc.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Lucinda C. Cucuzzella

OF COUNSEL:

Frank A. Angileri
Tom W. Cunningham
John P. Rondini
Abdulai I. Rashid
Yasmeen Moradshahi
BROOKS KUSHMAN P.C.
150 West Second Street, Suite 400N
Royal Oak, MI  48067-3846
(248) 358-4400

Rodger D. Smith II (#3778)
Lucinda C. Cucuzzella (#3491)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
rsmith@morrisnichols.com
ccucuzzella@morrisnichols.com

*Attorneys for Defendant*

December 20, 2024

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 20, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Francis DiGiovanni, Esquire<br>Thatcher A. Rahmeier, Esquire<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>222 Delaware Avenue, Suite 1410<br>Wilmington, DE  19801<br>(302) 467-4200<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Alexander D. Brown, Esquire<br>Scott D. Smiley, Esquire<br>Zac Davis, Esquire<br>THE CONCEPT LAW GROUP, P.A.<br>6400 North Andrews Avenue, Suite 500<br>Fort Lauderdale, FL  33309<br>(754) 300-1500<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

*/s/ Lucinda C. Cucuzzella*

Lucinda C. Cucuzzella (#3491)