**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| TRAVELER INNOVATIONS LTD. and DOONA HOLDINGS LTD., | ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | | C.A. No. 24-1204-RGA |
| v. | | |
| EVENFLO COMPANY, INC., | | |
| Defendant. | | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on February 7, 2025, a true and correct copy of: Plaintiffs' Identification of Asserted Patents and Accused Products, was served by electronic mail upon the following counsel of record:

Rodger D. Smith II
Lucinda C. Cucuzzella
**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
1201 N Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
ccucuzzella@morrisnichols.com
rsmith@morrisnichols.com

*Attorneys for Defendant*

Frank A. Angileri
Thomas W. Cunningham
John P. Rondini
Francesca M. Cusumano
Abdulai I. Rashid
Yasmeen Moradshahi
**BROOKS KUSHMAN P.C.**
150 West Second Street
Suite 400N
Royal Oak, MI 48067
(248) 358-4400
fangileri@brookskushman.com
tcunningham@brookskushman.com
jrondini@brookskushman.com
fcusumano@brookskushman.com
arashid@brookskushman.com
ymoradshahi@brookskushman.com

*Attorneys for Defendant*

| | |
|---|---|
| OF COUNSEL: | FAEGRE DRINKER<br>BIDDLE & REATH LLP |
| Alexander D. Brown<br>Scott D. Smiley<br>Zac Davis<br>The Concept Law Group, P.A.<br>6400 N. Andrews Ave., Suite 500<br>Fort Lauderdale, FL 33309<br>(754) 300-1500<br>abrown@conceptlaw.com<br>scott@conceptlaw.com<br>zdavis@conceptlaw.com | */s/ Francis DiGiovanni*<br>Francis DiGiovanni (#3189)<br>Thatcher A. Rahmeier (#5222)<br>222 Delaware Avenue, Suite 1410<br>Wilmington, DE  19801<br>(302) 467-4200<br>francis.digiovanni@faegredrinker.com<br>thatcher.rahmeier@faegredrinker.com<br><br>*Attorneys for Plaintiffs* |

Dated:  February 7, 2025