IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRAVELER INNOVATIONS LTD., and DOONA HOLDINGS LTD, <br><br> Plaintiffs, <br><br> v. <br><br> EVENFLO COMPANY, INC, <br><br> Defendant. | ) ) ) ) ) ) ) C.A. No. 24-1204 (RGA) ) ) **JURY TRIAL DEMANDED** ) ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Defendant's Third Supplemental Response to Doona's First Set of Interrogatories* were caused to be served on June 16, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Francis DiGiovanni, Esquire <br> Thatcher A. Rahmeier, Esquire <br> FAEGRE DRINKER BIDDLE & REATH LLP <br> 222 Delaware Avenue, Suite 1410 <br> Wilmington, DE  19801 <br> *Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Alexander D. Brown, Esquire <br> Scott D. Smiley, Esquire <br> Zac Davis, Esquire <br> THE CONCEPT LAW GROUP, P.A. <br> 6400 North Andrews Avenue, Suite 500 <br> Fort Lauderdale, FL  33309 <br> *Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | */s/ Lucinda C. Cucuzzella* |
| OF COUNSEL: | Rodger D. Smith II (#3778) |
|  | Lucinda C. Cucuzzella (#3491) |
| Frank A. Angileri | 1201 North Market Street |
| Tom W. Cunningham | P.O. Box 1347 |
| John P. Rondini | Wilmington, DE  19899 |
| Francesca M. Cusumano | (302) 658-9200 |
| Abdulai I. Rashid | rsmith@morrisnichols.com |
| Yasmeen Moradshahi | ccucuzzella@morrisnichols.com |
| BROOKS KUSHMAN P.C. |  |
| 150 West Second Street, Suite 400N | *Attorneys for Defendant* |
| Royal Oak, MI   48067-3846 |  |
| (248) 358-4400 |  |

June 16, 2025

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on June 16, 2025, upon the following in the manner indicated:

Francis DiGiovanni, EsquireVIA ELECTRONIC MAIL
Thatcher A. Rahmeier, Esquire
FAEGRE DRINKER BIDDLE & REATH LLP
222 Delaware Avenue, Suite 1410
Wilmington, DE  19801
*Attorneys for Plaintiffs*

Alexander D. Brown, EsquireVIA ELECTRONIC MAIL
Scott D. Smiley, Esquire
Zac Davis, Esquire
THE CONCEPT LAW GROUP, P.A.
6400 North Andrews Avenue, Suite 500
Fort Lauderdale, FL  33309
*Attorneys for Plaintiffs*

*/s/ Lucinda C. Cucuzzella*

Lucinda C. Cucuzzella (#3491)